UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILBERSY OVAEZ, on behalf of herself
and others similarly situated,

                         Plaintiff,                       JUDGMENT

v.                                                 23-cv-07297-LDH-CLP

RICO CHIMI BROOKLYN, INC. d/b/a
RICO CHIMI, SOENI ACOSTA and
DIEGO ACOSTA,

                         Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 22, 2024; and Defendants RICO CHIMI BROOKLYN, INC. d/b/a RICO CHIMI, SOENI ACOSTA and DIEGO ACOSTA, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff WILBERSY OVAEZ in the above-captioned action in the total sum of Fifty Thousand Dollars and Zero Cents ($50,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff WILBERSY OVAEZ and against Defendants RICO CHIMI BROOKLYN, INC. d/b/a RICO CHIMI, SOENI ACOSTA and DIEGO ACOSTA in the above-captioned action in the total sum of Fifty Thousand Dollars and Zero Cents ($50,000.00) payable as follows: 1. A payment in the amount of Six Thousand Dollars and Zero Cents ($6,000.00) (the "Initial Payment") is due by May 1, 2024. 2. Thirty (30) days after the Initial Payment is due, and for additional ten months thereafter, Defendants will pay the amount of Four Thousand Dollars and Zero Cents ($4,000.00) (the "Monthly Payment"). Each Monthly Payment shall be paid 30 days after the prior Monthly Payment was due. For the avoidance of any doubt, there shall be eleven Monthly Payments made to pay the full Settlement Amount under the Agreement.

Dated: Brooklyn, New York             Brenna B. Mahoney
        March 25, 2024                   Clerk of Court

                                                 By:    */s/Jalitza Poveda*
                                                           Deputy Clerk

Case 1:23-cv-07297-LDH-CLP    Document 12    Filed 03/25/24    Page 2 of 2 PageID #: 70